**In re Thelma MATHIS, Debtor.**

**Thelma L. Mathis, Appellant,**

v.

**Mid–State Homes, Incorporated; Jim Walter Homes, Inc., Appellees,**

**and**

**Robert Kane, Trustee, Party-in-interest.**

No. 02–1321.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Thelma L. Mathis, Appellant Pro Se. Stephen Keith Gallagher, Leclair Ryan, P.C., Alexandria, Virginia, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Thelma L. Mathis appeals from the district court's order affirming the bankruptcy court's orders denying relief on her claims and determining the amounts due under a secured deed of trust on Mathis' real property. Our review of the record and the opinions below discloses no reversible error. As the district court correctly noted, the bankruptcy court's thorough opinions reflect no error. Accordingly, we affirm. *See Mathis v. Mid–State Homes, Inc.,* Nos. CA–01–1791–A (E.D.Va. Feb. 22, 2002); BK–99–10158–SSM (Bankr.E.D. Va. July 25, 2001 & Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*